IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA   DIVISION

IN RE:                                                              CASE NO: 08-30660
                                                                        CHAPTER 7

  QUACKENBUSH, KEITH S.
   QUACKENBUSH, SUE


      Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 009 | FIA Card Services,<br>ATTN: Mr. BK<br>1000 Samoset Dr., DE5-023-03-03<br>Newark, DE 19713 | $370.51 |

The check mailed at the above address on March 2, 2010  has been returned by the creditor "unable to process payment".

Dated this 23rd  day of April, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon FIA Card Services, ATTN: Mr. BK, 1000 Samoset Dr., DE5-023-03-03, Newark, DE 19713 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 23rd day of April, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee